IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA PARKER, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**


vs.                                    No. 4:20-cv-799-JM


**SALEM PLACE NURSING AND**                                    **DEFENDANT**
**REHABILITATION CENTER, INC.**


## JOINT NOTICE OF LIABILITY SETTLEMENT


The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiff and Defendants have reached a liability-only settlement in principle that will resolve Plaintiff's alleged unpaid wages and liquidated damages. Plaintiff has not yet made a fee demand. The Parties are in the process of finalizing liability settlement documents and expect to file settlement papers within 21 days of the filing of this Joint Notice. If the Parties cannot agree on costs and a reasonable fee, Plaintiff will file a petition for an award of attorney's fees within 21 days following dismissal of Plaintiff's liability claims. Due to the settlement reached, the Parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFF CYNTHIA PARKER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

and    **DEFENDANT SALEM PLACE
NURSING AND REHABILITATION
CENTER, INC.**

FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1402
Facsimile: (501) 376-2147

*/s/ H. Wayne Young, Jr.*
H. Wayne Young, Jr.
Ark. Bar No. 2003128
wyoung@fridayfirm.com