IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA PARKER, Individually and on**                        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                          No. 4:20-cv-799-JM

**SALEM PLACE NURSING AND**                               **DEFENDANT**
**REHABILITATION CENTER, INC.**

## JOINT STIPULATION OF DISMISSAL OF
## PLAINTIFF'S LIABILITY CLAIMS WTH PREJUDICE

Plaintiff Cynthia Parker and Defendant Salem Place Nursing and Rehabilitation Center, Inc., by and through their respective undersigned counsel, hereby submit the following for their Joint Stipulation of Dismissal of Plaintiff's Liability Claims with Prejudice:

1. Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

2. After arm's length negotiations in which Plaintiff and Defendant were both represented by counsel, Plaintiff and Defendant reached an agreement that resolves Plaintiff's claims for unpaid wages, leaving open the issue of reasonable attorneys' fees and court costs; Plaintiff and Defendant believe their liability agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

Page 1 of 3
Cynthia Parker v. Salem Place Nursing and Rehabilitation Center, Inc.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-799-JM
Joint Stipulation of Dismissal of
Plaintiff's Liability Claims with Prejudice

3. The Parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows claims to be dismissed by stipulation if signed by all parties who have appeared.

4. The Parties' agreement does not purport to resolve any claims on behalf of any class.

5. The Parties hereby stipulate to the dismissal with prejudice of Plaintiff's unpaid wage claims only, including Plaintiff's claims for liquidated damages.

6. The Parties agree that Plaintiff's counsel is entitled to a reasonable attorney's fee and costs, to be determined by this Court or by agreement following the filing of this Stipulation.

7. If the Parties do not reach an agreement as to costs and a reasonable fee, Plaintiff will submit a petition for an award of attorneys' fees and costs by April 15, 2022.

Respectfully submitted,

**PLAINTIFF CYNTHIA PARKER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Page 2 of 3
Cynthia Parker v. Salem Place Nursing and Rehabilitation Center, Inc.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-799-JM
Joint Stipulation of Dismissal of
Plaintiff's Liability Claims with Prejudice

    **and**    **DEFENDANT SALEM PLACE NURSING AND REHABILITATION CENTER, INC.**

FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1402
Facsimile: (501) 376-2147

*/s/ H. Wayne Young, Jr.*
H. Wayne Young, Jr.
Ark. Bar No. 2003128
wyoung@fridayfirm.com

**Page 3 of 3**
**Cynthia Parker v. Salem Place Nursing and Rehabilitation Center, Inc.**
**U.S.D.C. (E.D. Ark.) No. 4:20-cv-799-JM**
**Joint Stipulation of Dismissal of**
**Plaintiff's Liability Claims with Prejudice**