THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA PARKER, individually and on
behalf of all others similarly situated**                                                          **PLAINTIFF**

v.                              **Case No. 4:20-cv-00799-KGB**

**SALEM PLACE NURSING AND
REHABILITATION CENTER, INC.**                                                                     **DEFENDANT**

## ORDER

Before the Court is the status of this case. On August 16, 2023, the Court received this case after United States District Court Judge James M. Moody Jr. entered an Order of recusal (Dkt. No. 33). The parties previously filed a joint stipulation of dismissal of plaintiff's liability claims with prejudice on March 1, 2022, leaving unresolved the issue of plaintiff Cynthia Parker's attorney's fees (Dkt. No. 29). On April 29, 2022, the parties filed a joint status report indicating that they resolved the outstanding issue of Ms. Parker's attorneys' fees and costs "and no further dispute remains in this case apart from the finalization of the Parties' settlement" (Dkt. No. 32). The Court adopts the stipulation and dismisses with prejudice this case.

It is so ordered this 28th day of August, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge